UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21032-CIV-HOEVELER

MARJAN MAZZA,

    Plaintiff,

v.

MIAMI-DADE COUNTY, and
MIAMI-DADE TRANSIT DEPARTMENT,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' BILL OF COSTS AND MOTION FOR ATTORNEYS FEES AND NON-TAXABLE COSTS

THIS CAUSE comes before the Court upon the Report of the Magistrate Judge filed November 25, 2013, recommending that the Defendants' Bill of Costs and Motion for Attorneys Fees and Non-Taxable Costs be denied. After a review of the Report and Recommendation, and noting that no objections have been filed, it is

ORDERED AND ADJUDGED that the Defendants' Bill of Costs and Motion for Attorneys Fees and Non-Taxable Costs be DENIED.

DONE AND ORDERED in Miami, Florida this 16th day of December, 2013.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:   counsel of record